DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JUSTIN G. WOODY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-3220

_____

June 14, 2024

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Justin G. Woody, pro se.

Ashley Moody, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


SLEET, C.J., and VILLANTI AND KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.